**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ira J. Chemers,

Plaintiff,

v.

Minar Ford, Inc.,

Defendant.

Court File No.:00-1623 ADM/AJB

**AGREED PROTECTIVE ORDER**

---

Plaintiff Ira J. Chemers and Defendant Minar Ford, Inc., by their respective attorneys, hereby present the following proposed Agreed Protective Order for entry in this matter:

**IT IS HEREBY ORDERED THAT:**

1. The parties may designate information, documents or things as containing proprietary or confidential information by marking the word "Confidential" on the information, documents, or things. Such information, documents or things are hereinafter referred to as "Confidential Information."

2. "Confidential Information" shall only be made available to the parties, their attorneys, their attorneys' paralegals and staff, and the court. Independent experts retained by a party may review the Confidential Information if the experts read this Agreed Protective Order and agree to be bound by the terms and conditions thereof.

3. Nothing in this Agreed Protective Order shall prevent the use of "Confidential Information" at trial or at depositions.

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**SHULMAN LAW FIRM, P.A.**

Dated: 10/12/00

By ______________________

Jim Hilbert, #0268306
Attorney for Plaintiff
121 West Franklin Avenue
Minneapolis, MN 55404
(612) 871-2909

**JOHNSON & LINDBERG, P.A.**

Dated: 10/27/00

By: ______________________

Robert G. Haugen, #124345
Susan E. Gustad, #268008
Attorney for Defendant
Suite 1610, 8500 Tower
8500 Normandale Lake Boulevard
Minneapolis, MN 55437-3828
(952) 897-5757

**SO ORDERED.**

Dated this 31st day of October, 2000.

**BY THE COURT**

______________________
Magistrate ~~Judge~~ of District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.