**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ira J. Chemers,

Plaintiff,

v.

Minar Ford, Inc.,

Defendant.

Court File No.:00-1623 ADM/AJB

**STIPULATION OF DISMISSAL, ORDER OF DISMISSAL, AND JUDGMENT**

---

# STIPULATION

The above-entitled matter, having been compromised and settled, is hereby dismissed on the merits and with prejudice, but without costs to any party.

Dated: 10/3/01

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By: #257345

Daniel R. Shulman, #100651
Attorney for Plaintiff
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

OCT 1 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 1 6 2001
DEPUTY CLERK

**JOHNSON & LINDBERG, P.A.**

Dated: 10/11/21

By: ______________________
Robert G. Haugen, #124345
Attorney for Defendant
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

# ORDER

Pursuant to the Stipulation above, a judgment of dismissal on the merits and with prejudice shall be entered by the Court.

**BY THE COURT:**

Dated: 10/15/01

______________________
United States District Judge
**Ann D. Montgomery**

# JUDGMENT

Judgment of dismissal on the merits and with prejudice has been entered by the Court this 16 day of October, 2001.

RICHARD D. SLETTEN
______________________
Clerk of U.S. District Court